UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE L. DIXON,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 12-13461

Hon. John Corbett O'Meara

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge David R. Grand's March 28, 2013 report and recommendation. Plaintiff filed objections to the report and recommendation on April 11, 2013.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Grand reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                            s/John Corbett O'Meara
                                                            United States District Judge

Date: May 31, 2013

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 31, 2013, using the ECF system.

                                                         s/William Barkholz  
                                                         Case Manager